JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY COCO, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE CITY OF LONG BEACH,<br><br>　　　　Defendant. | Case No.: 2:22-cv-08591 - RGK (JEMx)<br><br>Honorable R. Gary Klausner<br><br>[~~PROPOSED~~] JUDGMENT FOLLOWING ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Complaint Filed:　November 23, 2022<br>Trial Date:　　　　October 3, 2023 |

Defendant City of Long Beach's Motion for Summary Judgment, filed on July 18, 2023, was taken under submission by the Honorable Gary Klausner District Court Judge Presiding. On August 28, 2023, after considering all properly submitted pleadings, the Court found that there exists no triable issue of material fact requiring the weighing process of the jury, that Defendant is entitled to a judgment as a matter of law, and GRANTED Defendant's Motion for Summary Judgment.

IT IS THEREFORE ADJUDGED, ORDERED AND DECREED:

1. Judgement is entered in favor of Defendant CITY OF LONG BEACH against Plaintiff CAREY COCO;
2. Plaintiff CAREY COCO will take nothing; and

1

3. Defendant CITY OF LONG BEACH is awarded costs of suit following timely filing of a Bill of Costs.

IT IS SO ORDERED.

DATED: 9/1/2023

*Gary Klausner* (signature)
Honorable R. Gary Klausner
U.S. District Court Judge

[PROPOSED] JUDGMENT FOLLOWING ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT